No. D–349. IN RE DISBARMENT OF BUTLER. It is ordered that Paul A. Butler, of South Natick, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–350. IN RE DISBARMENT OF BUCCI. It is ordered that Andrew A. Bucci, of North Providence, R. I., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–2159. SILKWOOD, ADMINISTRATOR OF THE ESTATE OF SILKWOOD v. KERR-MCGEE CORP. ET AL. C. A. 10th Cir. [Probable jurisdiction postponed, 459 U. S. 1101.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 81–2169. HARING, LIEUTENANT, ARLINGTON COUNTY POLICE DEPARTMENT, ET AL. v. PROSISE. C. A. 4th Cir. [Certiorari granted, 459 U. S. 904.] Motion of respondent for leave to file a supplemental brief after argument granted.

No. 81–2245. NEVADA v. UNITED STATES ET AL.;
No. 81–2276. TRUCKEE-CARSON IRRIGATION DISTRICT v. UNITED STATES ET AL.; and
No. 82–38. PYRAMID LAKE PAIUTE TRIBE OF INDIANS v. TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. C. A. 9th Cir. [Certiorari granted, 459 U. S. 904.] Motion of petitioners in Nos. 81–2245 and 81–2276 for leave to file a supplemental brief after argument granted.